UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: JOSEPH ALFRED DURHAM AND     {    CHAPTER 13
       KRISTA RENEE DURHAM,          {
                                     {
       DEBTOR(S)                     {    CASE NO. R19-42508-PWB
                                     {
                                     {    JUDGE BONAPFEL

## OBJECTION TO CONFIRMATION

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1.  The Debtor(s)' payments under the proposed plan are not current.

2.  The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (69 months).

3.  The funding of post-petition mortgage payments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

4.  The Form 122C-2 appears to claim an incorrect amount for line item 35. The Trustee requests proof of the Debtors' income from all sources for the six (6) months prior to the filing of the instant case.

5.   The proposed plan fails to provide for the treatment of W. S. Badcock Corporation.  However, said creditor has filed a secured claim.

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.


_____/s/_____
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
GA Bar No. 142399


Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

R19-42508-PWB

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

JOSEPH ALFRED DURHAM
2905 REBECCA CIRCLE
ROCKY FACE, GA 30740-8790

KRISTA RENEE DURHAM
2905 REBECCA CIRCLE
ROCKY FACE, GA 30740-8790

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 20th day of December 2019

_____ /s/ _____
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
State Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com